UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARLOS MARTINEZ,**

      **Plaintiff,**

v.                                            Case No: 6:22-cv-2421-CEM-EJK

**ADISER ORLANDO, LLC,**

      **Defendant.**

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 12). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before April 10, 2023.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record