UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-2421-CEM-EJK

CARLOS MARTINEZ,

     Plaintiff,

v.

ADISER ORLANDO, LLC.

     Defendant.

_____/

**DEFENDANT'S RESPONSE TO THE DEPARTMENT OF CHILDREN AND FAMILIES'
MOTION TO QUASH DEFENDANT'S SUBPOENA**

Defendant, ADISER ORLANDO, LLC, through counsel, files its Response to the Department of Children and Families' ("DCF") Motion to Quash Defendant's Subpoena [D.E. 17], and states:

The case law and statute cited by the DCF does not stand for the proposition that the DCF believes that it does – namely, a blanket prohibition on obtaining information contained in an individual's food stamp file.

Nevertheless, to the extent that the Court is inclined to agree with the DCF's interpretation of 7 C.F.R. § 272.1(c)(3) and Rule 65A-1.204, Florida Administrative Code, Defendant requests that the Court require Plaintiff to execute a release for his information contained in his food stamp file for the simple reason that he is unable to produce these documents, which were requested by Defendant via Request for Production.  Importantly, Plaintiff did not object to Defendant's proposed subpoena.

In employment cases, it's not unusual for employees to have limited to no documents or information on certain subjects that are disputed in the litigation.  When that happens (e.g., tax filings, military status, etc.), the best and typical solution is for the applicable court to require the execution of a release if the party is unwilling to execute such a release.   In this case, however, Plaintiff has already indicated his willingness to execute such a release so that the information contained in his file can be discovered.

In his deposition, Plaintiff testified that he applied for benefits under the Supplemental Nutritional Program (SNAP) twice and that his application was initially denied because he was employed with Defendant.   This information is crucial in this matter because Defendant's position is that Plaintiff quit his job in order to receive SNAP benefits.   The documents from the DCF can corroborate Defendant's position.

Defendant's subpoena is limited to the reasons for the denial of Plaintiff's application for benefits and whether he indicated that he was employed or not.  Defendant does not need anything that could be considered confidential, including the amount of benefits paid, the identity of any other residents in Plaintiff's household, social security numbers, identification of underage residents, criminal records, etc.   In short, Defendant is seeking only whether Plaintiff indicated that he was employed in his first application and not employed in his second application.

WHEREFORE, Defendant respectfully requests that DCF's motion be denied.

Respectfully Submitted,

/s/ Juliana Gonzalez
Fla. Bar No. 54660
MG Legal Group, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
juliana@ljmpalaw.com
office@mglegalgroup.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is served on this 16th day of January, 2024, to all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of the notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

/s/ Juliana Gonzalez
Fla. Bar No. 54660
MG Legal Group, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
*juliana@ljmpalaw.com*
*office@mglegalgroup.com*

*Counsel for Defendant*

**SERVICE LIST**

**Lisa Scheibly, Esq.**
Spielberger Law Group
4890 W. Kennedy Blvd.
Suite 950
Tampa, FL 33609
Telephone: (800) 965-1570
Facsimile: (866) 580-7499
lisa.Scheibly@spielbergerlawgroup.com

*Counsel for Plaintiff*
*Service via CM/ECF*

**Logan Barthomomew, Esq.**
Assistant Regional Counsel
Dept. of Children and Families
400 W. Robinson St., S. 1129
Orlando, FL 32801
Telephone: (407) 317-7994
logan.bartholomew@myFLfamilies.com

*Counsel for Dept. of Children & Families*
*Service via CM/ECF*